IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MISC NO. 3:11mj25-DSC |
| | ) | |
| Email account: bacyinvestments@aol.com | ) | |
| | ) | ORDER TO UNSEAL |
| SEARCH WARRANT | ) | SEARCH WARRANT |
| _____ | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit and Application for Search Warrant in this case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the above-captioned matter be unsealed.

**SO ORDERED**.

Signed: March 22, 2012

David S. Cayer
United States Magistrate Judge